JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 1 9 2004

FILED
CLERK'S OFFICE

# DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, ___F. Supp. 2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT  DIV. C.A.#**

ALABAMA MIDDLE
    ALM    2   04-711          Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc., et al.

ALABAMA SOUTHERN
    ALS    1   04-463          Nancy Coleman, et al. v. Pfizer, Inc., et al.

FLORIDA SOUTHERN
    FLS    1   04-22228          Ana Medero, et al. v. Pfizer, Inc., et al.

ILLINOIS NORTHERN
    ILN    1   04-4467          Allied Services Division Welfare Fund v. Pfizer, Inc., et al.

LOUISIANA EASTERN
    LAE    2   04-1735          Linda Rizzo v. Pfizer, Inc.
    LAE    2   04-2087          Tracey Lynn Robichaux, et al. v. Pfizer, Inc.
    LAE    2   04-2509          Louisiana Health Service Indemnity Co. v. Pfizer, Inc., et al.

MISSOURI EASTERN
    ~~MOE    4   04-982~~          ~~Elizabeth Judy v. Pfizer, Inc., et al.~~ Vacated 12/1/04

MISSISSIPPI NORTHERN
    ~~MSN    2   04-255~~          ~~Mary Cooper, et al. v. Pfizer, Inc.~~ Opposed 12/1/04
    ~~MSN    4   04-275~~          ~~Leroy Anderson, et al. v. Pfizer, Inc., et al.~~ Opposed 12/1/04

NEW JERSEY
    NJ    2   04-4236          Steven Kail, et al. v. Pfizer, Inc., et al.
    NJ    2   04-4497          International Union of Operating Engineers Local No. 68 Welfare Fund v. Pfizer, Inc., et al.
    NJ    2   04-4593          Alaska Electrical Pension Fund v. Pfizer, Inc., et al.

OKLAHOMA EASTERN
    OKE    6   04-375          Jerry Hollaway, et al. v. Pfizer, Inc., et al.

TENNESSEE EASTERN
    TNE    2   04-337          Bauda V.L. Sutton v. Pfizer, Inc., et al.

TEXAS EASTERN
    ~~TXE    2   04-309~~          ~~Linda Barker v. Pfizer, Inc., et al.~~ Opposed 12/7/04

```
                                                              AJ-22
                       U.S. District Court
              Eastern District of Oklahoma (Muskogee)          04CV12624 PBS

              CIVIL DOCKET FOR CASE #: 04-CV-375

Hollaway, et al v. Pfizer, Inc., et al                  Filed: 08/23/04
Assigned to: District Judge James H. Payne     Jury demand: Both
Demand: $75,000                                Nature of Suit: 365
Lead Docket: None                              Jurisdiction: Diversity
Dkt # in Pittsburg Cty : is C-04-817

Cause: 28:1441 Petition for Removal- Product Liability


JERRY HOLLAWAY, on behalf of          Tony W. Edwards
himself                               [COR LD NTC]
      plaintiff                       Mark L. Edwards
                                      [COR LD NTC]
                                      P.O. Box 1369
                                      McAlester, OK 74502
                                      (918) 423-0421



JERRY HOLLAWAY, on behalf of          Tony W. Edwards
all others similarly situated         (See above)
      plaintiff                       [COR LD NTC]
                                      Mark L. Edwards
                                      (See above)
                                      [COR LD NTC]



CAROLYN HOLLAWAY, on behalf of        Tony W. Edwards
herself                               (See above)
      plaintiff                       [COR LD NTC]
                                      Mark L. Edwards
                                      (See above)
                                      [COR LD NTC]



CAROLYN HOLLAWAY, on behalf of        Tony W. Edwards
all others similarly situated         (See above)
      plaintiff                       [COR LD NTC]
                                      Mark L. Edwards
                                      (See above)
                                      [COR LD NTC]

      v.


PFIZER, INC.                          Richard Mark Eldridge
      defendant                       [COR LD NTC]
                                      Thomas E. Steichen
```

Docket as of December 14, 2004 4:00 pm                          Page 1

Proceedings include all events.
6:04cv375 Hollaway, et al v. Pfizer, Inc., et al

AJ-22

                              [COR LD NTC]
                              P.O. Box 3566
                              Tulsa, OK 74101
                              (918) 388-5555

WARNER-LAMBERT COMPANY          Richard Mark Eldridge
    defendant                    (See above)
                              [COR LD NTC]
                              Thomas E. Steichen
                              (See above)
                              [COR LD NTC]

AFFILIATED FOOD STORE, INC.,    John E. Howland
formerly                       [term   10/14/04]
fka                              [COR LD NTC]
Cash Saver Food Warehouse      Eric D. Wade
dba                              [term   10/14/04]
Cash Saver Pharmacy            [COR LD NTC]
    defendant                    525 S. Main St.
  [term   10/14/04]            Suite 700
                              Tulsa, OK 74103
                              (918) 585-9211

Proceedings include all events.
6:04cv375 Hollaway, et al v. Pfizer, Inc., et al

AJ-22

| | | |
|---|---|---|
| 8/23/04 | 1 | NOTICE OF REMOVAL from Pittsburg County Case Number: C-04-817 with state court pleadings attached [includes NOTICE OF BANKRUPTCY by defendant Affiliated Foods]. (sb) [Entry date 08/24/04] [Edit date 09/30/04] |
| 8/23/04 | -- | FILING FEE PAID: on 8/23/04 in the amount of $ 150.00, receipt # 1118. (sb) [Entry date 08/24/04] |
| 8/23/04 | -- | MAGISTRATE'S CONSENT FORM furnished to defendant's counsel. (sb) [Entry date 08/24/04] [Edit date 08/24/04] |
| 8/23/04 | 2 | ATTORNEY APPEARANCE for defendant Pfizer, Inc., defendant Warner-Lambert Co by Thomas E. Steichen (sb) [Entry date 08/24/04] |
| 8/23/04 | 3 | ATTORNEY APPEARANCE for defendant Pfizer, Inc., defendant Warner-Lambert Co by Richard M. Eldridge (sb) [Entry date 08/24/04] |

Proceedings include all events.
6:04cv375 Hollaway, et al v. Pfizer, Inc., et al

AJ-22

| | | |
|---|---|---|
| 8/25/04 | 4 | MINUTE ORDER: In accordance with Misc. Order No. 03-09 which became effective for cases filed after 10/15/03, this case has been assigned to United States Magistrate Judge Kimberly E. West for all purposes, including final disposition, subject to the consent of the parties to this action. As a result, it is ordered that: (1) Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties are to meet as soon as practicable but not later than 14 days prior to the Status and Scheduling Conference to discuss the nature and basis of claims and defenses. The parties are directed to file with the Clerk of the Court a written report of such meeting at least four (4) days prior to the Status and Scheduling Conference. The attached form, if completed and filed, satisfies this requirement. (2) Prior to the Status and Scheduling Conference, counsel must consult with their respective client(s) concerning the possibility of early settlement and be prepared to discuss the status of settlement at the Conference. (3) A Status and Scheduling Conference shall be conducted in this case on 10/14/04 at 2:00 p.m., before United States Magistrate Judge Kimberly E. West, Fourth Floor, U.S. Courthouse, Fifth & Okmulgee Streets, Muskogee, Oklahoma. (4) The parties are required to file the consent election form within twenty (20) days after service. Counsel shall be prepared to discuss the status of this election at the Status and Scheduling Conference. Should the parties choose not to consent to proceed before the United States Magistrate Judge, the case will immediately be returned to the case draw for the random assignment of a United States District Judge. However, even if the parties do not consent to proceed before the United States Magistrate Judge, the Status and Scheduling Conference shall be conducted as noticed before the United States Magistrate Judge utilizing the Scheduling Order of the assigned United States District Judge. AS A RESULT, A REQUEST FOR CONTINUANCE OF THE STATUS AND SCHEDULING CONFERENCE SET BEFORE THE UNITED STATES MAGISTRATE JUDGE WILL NOT BE ENTERTAINED IF IT IS BASED SOLELY UPON THE FACT THAT THE PARTIES DO NOT CONSENT TO PROCEED BEFORE THE UNITED STATES MAGISTRATE JUDGE. (KEW) (cc: all counsel) (da) [Entry date 08/25/04] [Edit date 08/25/04] |
| 8/26/04 | -- | CD # 57 deposited on 8/26/04 in the amount of $ 150.00 (sg) [Entry date 08/26/04] |
| 8/27/04 | 5 | APPLICATION by defendants Pfizer, Inc. and Warner-Lambert Co to Extend Response Date ; response deadline 9/13/04 (nh) [Entry date 08/27/04] |

Proceedings include all events.
6:04cv375 Hollaway, et al v. Pfizer, Inc., et al

AJ-22

| Date | # | Entry |
|---|---|---|
| 9/2/04 | 6 | MINUTE ORDER: Unopposed Application to Extend Response Date filed by Defendants Pfizer and Warner-Lambert Company on August 27, 2004 (Docket Entry #5) is hereby GRANTED. Accordingly, these Defendants shall file an answer or otherwise respond to the removed Petition within thirty (30) days after the earlier of the transfer of this case to MDL No. 1629 or the entry of an order disposing of any motion to remand which Plaintiff may file. [5-1] (KEW) (cc: all counsel) (nh) [Entry date 09/02/04] |
| 9/14/04 | 7 | MOTION by plaintiffs to Remand ; response deadline 9/29/04 (nh) [Entry date 09/14/04] |
| 9/29/04 | 8 | OBJECTION by defendants Pfizer, Inc. and Warner-Lambert Co to Motion to Remand and Memorandum in Support [7-1] ; reply deadline 10/12/04 (nh) [Entry date 09/30/04] |
| 9/30/04 | 9 | MOTION by defendants Pfizer, Inc. and Warner-Lambert Company to stay pretrial proceedings pending transfer to multidistrict proceeding; response deadline 10/15/04 (da) [Entry date 10/01/04] |
| 9/30/04 | 10 | MEMORANDUM OF LAW by defendants Pfizer, Inc. and Warner-Lambert Company in support of motion to stay pretrial proceedings pending transfer to multidistrict proceeding (da) [Entry date 10/01/04] |
| 9/30/04 | 11 | DISTRICT JUDGE OPTION by defendants Pfizer, Inc. and Warner-Lambert Company with Certificate of Mailing thereon (da) [Entry date 10/01/04] |
| 9/30/04 | 12 | MINUTE ORDER: Directing the Clerk to comply with the Misc. Order 03-08 for the reassignment of this case. (JHP) (cc: all counsel) (da) [Entry date 10/01/04] |
| 9/30/04 | 13 | MINUTE ORDER: REASSIGNING this case to District Judge James H. Payne. All documents filed in this case in the future shall reflect the assignment to U.S. District Judge James H. Payne (e.g. CIV-04-375-P). The Status and Scheduling Conference set 10/14/04 at 2:00 p.m. before Magistrate Judge Kimberly E. West is hereby STRICKEN to be RESET at a later date before District Judge James H. Payne. (CLERK) (cc: all counsel) (da) [Entry date 10/01/04] |
| 10/1/04 | 14 | CONSENT to Jurisdiction by United States Magistrate Judge by plaintiffs with Certificate of Service thereon (da) [Entry date 10/01/04] |
| 10/14/04 | 15 | DISMISSAL WITHOUT PREJUDICE as to defendant Affiliated Food Stores, Inc. by plaintiffs (da) [Entry date 10/14/04] |

Docket as of December 14, 2004 4:00 pm                                       Page 5