UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
Eastern District of Oklahoma
MUSKOGEE, OKLAHOMA 74402-0607

WILLIAM B. GUTHRIE
Clerk

TELEPHONE
(918) 684-7920

December 20, 2004

**CERTIFIED MAIL, NO.
7003 3110 0000 1942 0595**

United States District Court
District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

re:   MDL Docket No. 1629, In Re Neurontin Marketing and Sales Practices.
      USDC - Massachusetts Lead Case No. 1:04CV10739-PBS
      EDOK Case No. 6:04cv375-P, Hollaway v. Pfizer, Inc. et al.
      D/MA Case No. 01:04cv12624 PBS.

Dear Sir/Madam:

Pursuant to Conditional Transfer order from the Judicial Panel of Multidistrict Litigation filed November 19, 2004, enclosed please find the file of the above-referenced case, a certified copy of the docket sheet, a copy of your letter of 12/15/04, and a copy of the certified copy of the Order transferring this matter to multi-district litigation.

Please acknowledge receipt of this file on the enclosed copy of this letter and return same in the self-addressed, stamped envelope attached. Your assistance is appreciated.

Please be advised that there are 2 pending motions in this case.

Should you need anything further, do not hesitate to contact this office.

Sincerely,

WILLIAM B. GUTHRIE, Clerk

By: *Paula Batch*
     Deputy

WBG/pb
enclosures
cc:   Tony W. Edwards
      Mark L. Edwards
      Richard Mark Eldridge
      Thomas E. Steichen